**CONFORM COPY**

1  David B. Sandelands, Esq., No. 198,252
2  Daniel M. Cislo, Esq., No. 125,378
   CISLO & THOMAS LLP
3  1333 Second Street, Suite 500
   Santa Monica, California 90401
4  Telephone:  (310) 451-0647
   Facsimile:  (310) 394-4477
5
   Attorneys for Plaintiff
6  U.S. Energy Technologies, Inc. dba
   U.S. Lighting Tech.

> FILED
> CLERK, U.S. DISTRICT COURT
>
> MAR  1 2011
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY                    DEPUTY

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  U.S. Energy Technologies, Inc. (dba    CASE NO. SACV 11-329 JST
    U.S. Lighting Tech.), a California              (RNBx)
12  corporation,
                                          COMPLAINT FOR:
13                     Plaintiff,
                                          **1. PATENT INFRINGEMENT**
14         vs.
                                          **2. TRADE DRESS**
15  Deco Lighting, Inc., an entity of        **INFRINGEMENT**
    unknown status, residing in
16  California, and DOES 1 through 9,     **3. UNFAIR COMPETITION**
    inclusive.
17                                        **DEMAND FOR JURY TRIAL**
                       Defendants.
18

19

20

21

22

23

24

25

26

27

28

Plaintiff U.S. Energy Technologies, Inc. dba U.S. Lighting Tech ("U.S. Light") hereby alleges as follows:

## JURISDICTION AND VENUE

1.      This is an action for patent infringement, trade dress infringement, and unfair competition under federal and state law against Defendant Deco Lighting, Inc. ("Deco").

2.      Plaintiff US Light seeks injunctive relief and defendant's profits pursuant to 35 U.S.C. §289, against Defendant Deco for infringement of US Light's United States Design Patent No. D624,685. Plaintiff US Light also seeks enhanced damages and attorneys' fees and costs of suit for Defendant's willful infringement of the aforementioned patent.

3.      Plaintiff US Light seeks injunctive relief only against Defendant Deco for infringement of of US Light's trade dress and waives any claims for damages related thereto.

4.      Plaintiff US Light seeks injunctive relief against Defendant Deco for unfair competition under California state and common law and waives any claims for damages related thereto.

5.      Upon information and belief, Defendant Deco has egregiously manufactured or caused to be manufactured, sold and offered for sale line-for-line copies or "knockoffs" of Plaintiff U.S. Light's Jersey Series of streetlights in violation of U.S. Light's aforementioned intellectual property rights.

6.     The patent claims arise under the federal patent laws, 35 U.S.C. §1, *et seq.*  The trade dress infringement claims arise under the Lanham Act of July 5, 1946, as amended, 15 U.S.C. §§1051 *et seq.*  The state law unfair competition claims arise under California Business and Professions Code §17200.

7.     This Court has subject matter jurisdiction over the federal claims pursuant to 28 U.S.C. §§1331, 1338(a) and 1338(b) and has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. §1367.

8.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c), as Defendant Deco resides in this district, is subject to personal jurisdiction in this district, and because a substantial portion of the events giving rise to this action occurred in this district.

## THE PARTIES

9.     Plaintiff U.S. Light is a California corporation with its principal place of business located at 14370 Myford Road, Suite 100, Irvine, CA 92606.

10.     U.S. Light is informed and believes and thereon alleges that Defendant Deco is a corporation maintaining a principal place of business at 2917 South Vail Avenue, Commerce, CA 90040.  Defendant Deco's place of incorporation is not presently known to Plaintiff.

11.    The defendants named herein as Does 1 through 9, inclusive are unknown to plaintiff U.S. Light, who therefore sues such "Doe" defendants by such fictitious names.  U.S. Light is informed, believes and thereon alleges that each fictitiously named "Doe" defendant is in some manner, means or degree responsible for the events and happenings herein alleged.  U.S. Light will amend this complaint to assert the true names and capacities of the fictitiously designated "Doe" defendants when the same have been ascertained.

## BACKGROUND FACTS

12.    Plaintiff U.S. Light was founded in 2005 with the goal of developing advanced lighting products that generate more light using less energy than those heretofore known.  Plaintiff U.S. Light is now one of the country's leading manufacturers of induction lighting products and holds patents directed to its proprietary technologies.

13.    In particular, Plaintiff U.S. Light is the owner of U.S. Patent No. D624,685 ("the '685 patent") entitled "STREETLIGHT."  Appended to this complaint as Exhibit "A" is a copy of the '685 patent.  The patent is valid and enforceable and has been validly assigned to U.S. Light.  Plaintiff's Jersey series of streetlights embody in all respects the design of the '685 patent.

14.    The market for streetlights in the United States is comprised primarily of city, county and state municipalities which issue requests for quotations, i.e. solicit competitive bids, for streetlights.  Subsequent to the issue date of the '685 patent, Plaintiff U.S. Light learned that Defendant

CISLO & THOMAS LLP
Attorneys at Law
1333 WILSHIRE BOULEVARD
SUITE 500
SANTA MONICA, CALIFORNIA 90401-1211
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

1   Deco was competing for streetlight bids with an allegedly new product

2   termed by Defendant the "Anaconda" series ("the accused product").

3

4

5   15.   Investigation of Defendant Deco's on-line catalog revealed

6   that the accused Anaconda product was, upon information and belief, a

7   line-for-line copy or "knockoff" of U.S. Light's Jersey series of lights

8   which embody in all respects the '685 patent.  A copy of the relevant

9   pages of the online catalog of Defendant Deco's accused Anaconda series

10  is appended hereto as Exhibit "B."

11

12  16.   U.S. Light is informed and believes and thereon alleges that

13  Defendant Deco is importing or manufacturing its knockoff streetlights and

14  has sold and is selling the knockoff streetlights in direct competition with

15  U.S. Light's genuine products in violation of U.S. Light's patent rights.

16

17  17.   Upon information and belief, in October of 2010, Plaintiff

18  U.S. Light and Defendant Deco submitted bids in direct competition

19  pursuant to a request for quotations issued by VMEU, a New Jersey

20  municipality.  Plaintiff U.S. Light is informed and believes that it and

21  Defendant Deco are presently in direct competition on other streetlight

22  contracts will continue to be in direct competition until Defendant Deco is

23  enjoined by this Court from selling the accused products.

24

25  18.   On or about October 19th, 2010, Plaintiff U.S. Light sent

26  Defendant Deco a cease & desist letter informing Deco of Plaintiff's patent

27  rights and its intent to enforce those rights if Defendant did not withdraw

28  its knockoff lights from the market.  Defendant refused to comply.

CISLO & THOMAS LLP
Attorneys at Law
1333 WILSHIRE BOULEVARD
SUITE 500
SANTA MONICA, CALIFORNIA 90401-1211
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

1   Rather, despite having full knowledge of Plaintiff's patent rights,

2   Defendant has willfully continued to infringe those rights by offering, and

3   upon information and belief, selling its knockoff products to municipalities

4   and other users of streetlights.

5

6       19.    Plaintiff U.S. Light's Jersey series of induction street lights

7   are of a novel ornamental appearance and color as evidenced by the lack of

8   any similar appearing streetlights in the marketplace (other than the

9   accused products).  U.S. Light exclusively paints its Jersey series lights the

10  color green being in keeping with U.S. Light's image as a manufacturer of

11  eco friendly products.

12

13      20.    Upon information and belief, no other manufacturer of

14  streetlights paints their lights green with the sole exception of Defendant

15  Deco's knockoff lights.  The combination of the ornamental features of the

16  Plaintiff's Jersey Series streetlights and their green color constitute

17  Plaintiff's protectable trade dress.  Photographs of Plaintiff's Jersey series

18  of lights are appended hereto as Exhibit "C."

19

20      21.    More specifically, U.S. Light's protectable trade dress

21  includes at least the following: (1) four longitudinal ribs which flow along

22  the top of housing; (2) a hump on the top of the housing that slopes

23  downwardly to meet the longitudinal ribs; (3) four vertical fins that run

24  along each side of the back of the housing; (4) a sloping depression on the

25  back of each side of the housing which highlights the four vertical fins on

26  each such side; (5) a series of vertical fins (approximately 31) which run

27  along the back cover of the housing; and, (6) the color green.

28

CISLO & THOMAS LLP
Attorneys at Law
1333 WILSHIRE BOULEVARD
SUITE 500
SANTA MONICA, CALIFORNIA 90401-1211
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

22.   U.S. Light developed the ornamental features of its trade dress and adopted the color green for its lights for the specific purpose of distinguishing its lights from those of its competitors.  Defendant Deco, in producing its knockoff lights, has copied each and every of these distinguishing features.

23.   U.S. Light is informed and believes that its trade dress has acquired secondary meaning among consumers of streetlights who now associate U.S. Light as being the sole source of its distinctive Jersey series of green streetlights.

24.   The goodwill acquired by U.S. Light through its innovative design and marketing of its Jersey series of lights is now being threatened by Deco's entry into the market with the accused knockoff products which are identical in appearance in all respects to Plaintiff's Jersey series of lights.

25.   Deco's introduction to the market of its green color knockoff lights severely harms U.S. Light's business goodwill in its Jersey lights because it confuses purchasers of streetlights with regard to the source of the lights.  Upon information and belief, Deco's infringing conduct confuses purchasers of streetlights by causing them to believe that Plaintiff U.S. Light licenses or in some manner sponsors or is affiliated with Defendant Deco's manufacture and sale of Plaintiff's lights.

## DEFENDANT DECO'S UNLAWFUL CONDUCT

26.   Beginning at a time presently unknown to U.S. Light,

Defendant Deco began importing and selling (or manufacturing and selling) a line-for-line copy of U.S. Light's patented Jersey Series streetlight. Defendants unauthorized knockoff streetlights incorporate each and every feature of the novel ornamental appearance claimed in the '685 patent and embodied in Plaintiff's Jersey streetlight.

27.     Moreover, Defendant Deco's knockoff products include all of the novel ornamental features of Plaintiff's lights along with their distinguishing green color which makes Defendant's lights confusingly similar to U.S. Light's trade dress comprising the shape and green color of its Jersey series lights.

## INJURY TO PLAINTIFF U.S. LIGHT

28.     Defendant Deco is not an authorized distributor of Plaintiff U.S. Light's products and is not in any other way affiliated or associated with U.S. Light. Defendant is not licensed to make, import, use, offer to sell, or sell lights that embody the novel ornamental features of the '685 patent. Nor is Defendant authorized to use U.S. Light's trade dress.

29.     Plaintiff U.S. Light has no control over the nature and quality of the knockoff streetlights sold by Defendant that infringe Plaintiff's trade dress. Likewise, U.S. Light has no control over the quality of customer service offered by Defendant, and further has no control over the warranty, if any, offered by Defendant in connection with its knockoff products. Plaintiff U.S. Light's business goodwill with respect to its Jersey series streetlights, upon information and belief, has suffered and will continue to suffer as a result of Defendant's actions.

30.     Defendant Deco's wrongful, unauthorized use of U.S. Light's trade dress, if permitted to continue, will irreparably harm U.S. Light, its reputation, and goodwill.  Defendant's wrongful use of U.S. Light's trade dress dilutes the strength of the trade dress and tarnishes the image and reputation of U.S. Light among city, county, and state purchasing managers responsible for purchasing streetlights, as well as among other consumers of streetlights.

31.     U.S. Light has developed its goodwill among consumers of streetlights by supplying high quality, innovative products.  Defendant Deco is now free riding into the market on the back of U.S. Light's innovative engineering and design by willfully infringing the '685 patent and by copying U.S. Light's trade dress shape and color in the process.

## FIRST CAUSE OF ACTION
### (For Patent Infringement of U.S. Patent No. D624,685 as against all defendants)

32.     Plaintiff U.S. Light realleges and incorporates paragraphs 1 through 31 as though fully set forth herein.

33.     U.S. Light's '685 patent has at all relevant times subsequent to its lawful issue date been fully enforceable and is now fully enforceable.

34.     Beginning at a time presently unknown to U.S. Light, Defendant Deco has infringed the '685 patent by manufacturing or causing to be manufactured or importing, using, selling, and offering to sell

CISLO & THOMAS LLP
Attorneys at Law
1333 WILSHIRE BOULEVARD
SUITE 500
SANTA MONICA, CALIFORNIA 90401-1211
TELEPHONE: (310) 451-0647     FACSIMILE: (310) 394-4477

products that come within the scope of the claim of the patent.  Upon information and belief, Defendant Deco's infringing acts are continuing at the present time.

35.    By manufacturing, importing, and selling its infringing streetlights, Deco is contributing to and/or inducing infringement by the city, county and state municipalities that purchase streetlights.

36.    The making, selling, offering to sell or importing of infringing products by Defendant, and/or contributing to, and/or inducing the infringing activities of others, have been without authority or license from U.S. Light and in violation of U.S. Light's rights, thereby infringing the '685 Patent.

37.    Defendant's infringement of U.S. Light's '685 Patent has been willful and in complete disregard of the exclusive rights of U.S. Light as set forth in its patent.

38.    The amount of money damages which U.S. Light has suffered due to Defendants' acts of infringement cannot be determined without an accounting of Defendants' sales, and thus is subject to proof at trial.

39.    Pursuant to 35 U.S.C. §289, U.S. Light is entitled to a complete accounting of all revenue derived by Defendant from the unlawful conduct alleged herein.

40.    The harm to U.S. Light arising from Defendant's acts of infringement of U.S. Light's '685 Patent are not fully compensable by

CISLO & THOMAS LLP
Attorneys at Law
1333 WILSHIRE BOULEVARD
SUITE 500
SANTA MONICA, CALIFORNIA 90401-1211
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

1   money damages.  Rather, U.S. Light has suffered and continues to suffer

2   irreparable harm which has no adequate remedy at law and which will

3   continue unless Defendant's conduct is enjoined.

4

5       41.    U.S. Light is therefore entitled to a preliminary injunction, to

6   be made permanent upon entry of judgment, preventing Defendant from

7   further infringement.

8

9       42.    Moreover, Defendant's infringement of the '685 patent has

10  been willful, deliberate, and in conscious disregard of U.S. Light's rights

11  thereby rendering this an exceptional case within the meaning of 35

12  U.S.C. § 285.  Therefore, U.S. Light is further entitled to recover its

13  actual attorneys' fees and costs.

14

15              **SECOND CAUSE OF ACTION**

16              **(For Trade Dress Infringement,**

17              **as against all defendants)**

18

19      43.    Plaintiff U.S. Light realleges and incorporates paragraphs 1

20  through 42 as though fully set forth herein.

21

22      44.    The housing of U.S. Light's Jersey series streetlight has a

23  distinct shape, appearance and color which in combination constitute U.S.

24  Light's trade dress for the product.

25

26      45.    More specifically, U.S. Light's protectable trade dress

27  includes at least the following: (1) four longitudinal ribs which flow along

28  the top of housing; (2) a hump on the top of the housing that slopes

11

downwardly to meet the longitudinal ribs; (3) four vertical fins that run along each side of the back of the housing; (4) a sloping depression on the back of each side of the housing which highlights the four vertical fins on each such side; (5) a series of vertical fins (approximately 31) which run along the back cover of the housing; and, (6) the color green.

46.    The shape, size, ornamental features, appearance and color of the trade dress for Plaintiff U.S. Light's streetlights is nonfunctional, fanciful, arbitrary and inherently distinctive and has acquired secondary meaning in the eyes of the consuming public.

47.    Defendants' knockoff streetlights are so similar in shape, size, appearance and color to plaintiff U.S. Light's streetlights, that the public is likely to be confused as to the source, sponsorship or approval of Defendant's streetlights.

48.    U.S. Light is informed and believes and thereon alleges that defendants' have copied U.S. Light's trade dress for the specific purpose of *free riding* on the goodwill associated by the consuming public solely with U.S. Light's trade dress and/or for deceiving the consuming public with respect to the source of Defendant's goods.

49.    By reason of Defendant's acts of trade dress infringement, as alleged above, plaintiff U.S. Light has suffered and will continue to suffer irreparable injury unless and until this Court enters an order enjoining Defendant Deco from any further acts of trade dress infringement.

# THIRD CAUSE OF ACTION
## (For Unfair Competition Under California's
## Bus. & Prof. Code §17200)

50.     Plaintiff U.S. Light realleges and incorporates paragraphs 1 through 49 as though fully set forth herein.

51.     The above described acts of Defendant Deco misrepresent that Plaintiff U.S. Light is the source or sponsor or licensor of Defendant's knockoff streetlights, and that an affiliation, connection, or association exists between Plaintiff U.S. Light and Defendant Deco, or create the impression that Plaintiff is not the source of its lights, but rather is merely a distributor of a third party's lights, in violation of California Business and Professions Code section 17200.

52.     Defendant Deco's willful acts of trade dress infringement are likely to cause, and upon information and belief have caused and are causing great and irreparable injury to plaintiff U.S. Light's trade dress and to the business goodwill represented thereby.  Unless Defendant Deco is restrained, Plaintiff U.S. Light will have no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if Defendant's acts are allowed to continue.

53.     Defendant Deco's engagement in the sale of products, substantially similar or identical to those sold by plaintiff U.S. Light under a confusingly similar trade dress, via the competitive bidding process used by the principle purchasers of streetlights, and otherwise through the same channels of distribution, upon information and belief, has created actual

CISLO & THOMAS LLP
Attorneys at Law
1333 WILSHIRE BOULEVARD
SUITE 500
SANTA MONICA, CALIFORNIA 90401-1211
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

1    consumer confusion as to the source of Defendant Deco's products, and as

2    to the ownership, affiliation or sponsorship of Defendant by Plaintiff U.S.

3    Light.

4

5                                **PRAYER FOR RELIEF**

6

7         WHEREFORE, Plaintiff prays for relief as follows:

8

9         A.    With regard to all claims, for an order preliminarily and

10   permanently enjoining Defendant Deco and Does 1-9, and each of them,

11   and their officers, directors, agents, servants, attorneys, and employees

12   and all other persons acting in concert with them from committing any

13   further acts of patent and/or trade dress infringement, including but not

14   limited to, manufacturing, importing, advertising and selling the accused

15   products;

16

17        B.    With regard to the patent infringement claim, only, for an

18   order seizing and impounding all of the accused products;

19

20        C.    With regard to the patent infringement claim, only, for an

21   order requiring Defendant Deco and Does 1-9, and each of them, pursuant

22   to 35 U.S.C. §289, to account to Plaintiff for all revenue and profits

23   derived by Defendants and each of them from the manufacture, use,

24   importation, offering for sale and sale of the accused products;

25

26        D.    With regard to the patent infringement claim, only, for an

27   award of Defendants' profits pursuant to 35 U.S.C.§ 289 in an amount to

28

                                    14

1  be proven a trial, and for prejudgment and post-judgment interest until the

2  award is fully paid;

3

4       E.     With regard to the patent infringement claim, only, a

5  judgment that Defendants have willfully and deliberately infringed

6  Plaintiff's rights, and that this is an exceptional case entitling Plaintiff to

7  enhanced damages;

8

9       F.     With regard to the patent infringement claim, only, for

10  plaintiff U.S. Light's attorneys' fees and costs of suit pursuant to 35

11  U.S.C. §285; and

12

13       G.     For such other and further relief as this Court may deem just

14  and equitable under the circumstances.

15

16  Dated:  February 28, 2011            CISLO & THOMAS, LLP

17

18

19

20                          By: _____

21                              David B. Sandelands
                               Daniel M. Cislo

22                              Attorneys for Plaintiff U.S.
23                              LIGHTING TECH, INC.

24

25

26

27

28

1

# DEMAND FOR JURY TRIAL

2     Pursuant to Fed. R. Civ. Proc. 38(b), Plaintiff demands a jury trial

3 on all claims for relief herein triable by a jury.

4

5

6                       CISLO & THOMAS LLP

7

8 Dated: February 28, 2010       By:

9                                 David B. Sandelands

                                Daniel M. Cislo

                                Attorneys for Plaintiff U.S.

                                Energy Technologies, Inc.

                                (dba U.S. Lighting Tech, Inc.)

# Exhibit A

US00D624685S

(12) **United States Design Patent**      (10) **Patent No.:**      **US D624,685 S**
Ham et al.                                (45) **Date of Patent:**    ✶✶  **Sep. 28, 2010**

(54) **STREET LIGHT**

(75) Inventors: **Richard K. Ham**, Irvine, CA (US);
**Kyungfan Moon**, Fullerton, CA (US);
**Byung Il Ham**, Palos Verdes, CA (US)

(73) Assignee: **U.S. Energy Technologies, Inc.**, Irvine,
CA (US)

(✶✶) Term:     **14 Years**

(21) Appl. No.: **29/351,987**

(22) Filed:     **Dec. 15, 2009**

(51) **LOC (9) Cl.**  ................................................. **26-05**
(52) **U.S. Cl.** ....................................... **D26/71**; D26/85
(58) **Field of Classification Search** ........... D26/67–71,
D26/85, 92; 362/20, 145, 183, 249.02, 249.03,
362/249.04, 249.06, 249.16, 231, 431
See application file for complete search history.

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D348,531 | S | * | 7/1994 | Mehaffey et al. ............. D26/71 |
| D391,659 | S | * | 3/1998 | Gaskins et al. ............... D26/71 |
| D500,569 | S | * | 1/2005 | Butler ........................... D26/71 |
| D556,935 | S | * | 12/2007 | Quioque et al. ............... D26/71 |
| D568,524 | S | * | 5/2008 | Sandell ......................... D26/85 |
| D570,516 | S | * | 6/2008 | Orellana ....................... D26/71 |
| D572,857 | S | * | 7/2008 | Kauffman et al. ............ D26/71 |
| D579,141 | S | * | 10/2008 | Guercio ....................... D26/92 |
| D587,839 | S | * | 3/2009 | Guercio ....................... D26/92 |
| D615,234 | S | * | 5/2010 | Oblak ......................... D26/71 |
| 2009/0244895 | A1 | * | 10/2009 | Chen ..................... 362/249.02 |
| 2009/0251898 | A1 | * | 10/2009 | Kinnune et al. ........ 362/249.02 |

OTHER PUBLICATIONS

Building Mounted Light in center of p. 469; and Pole Mounted Light
in top left of p. 469 of the Lithonia Lighting Catalog © 2006. (2
pages).*
Fujian Juan Kuang Yaming Electric Limited (JK), Induction Lamp,
catalog, 2006.
American Induction Technologies, Inc., Roadway Lighting, 2007.
US Lighting Tech, Induction Lighting, catalog, 2008.

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Sheppard, Mullin, Richter &
Hampton LLP

(57)           **CLAIM**

The ornamental design for a street light, as shown and
described.

**DESCRIPTION**

FIG. **1** is a front elevation view of the street light.

FIG. **2** is a rear elevation view of the street light.

FIG. **3** is a right side elevation view of the street light.

FIG. **4** is a left side elevation view of the street light.

FIG. **5**. is a top plan view of the street light; and,

FIG. **6** is a bottom plan view of the street light.

**1 Claim, 5 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

Exhibit B

**Induction** lighting

# D8628i
Anaconda Series - Induction Cobrahead

| Job Information |
|---|
| Type: |
| Catalog #: |
| Project: |
| Comments: |
| Prepared by: |





**Dimensions**



10.23"
11.53"
25.75"
14.8"

*Induction Lighting* **DECO**™ **LIGHTING**

## Description

The Anaconda Induction cobrahead luminaire provides the latest green technology, energy saving solution for streetlighting, highways,and general area illumination. Proprietary, high quality Sylvania Induction lamp & generator deliver 100,000 hour life, superior efficiency, excellent 85 CRI color, instant-on, no restrike, and cold temperature starting to minus -40 C/F degrees. Anaconda is the ideal luminaire to replace inefficient HID cobraheads, providing energy cost savings of 50% and long term savings of 3 to 10 cycles of relamping maintenance costs. The Anaconda features a compact, streamlined die-cast aluminum housing and polyester powder coat finish for durability and weather resistance. Stainless steel front latch and oversize knurled fasteners provide tool-less, rapid access to lamp and electrical compartments.

## Features

- 100,000 hour lamp life for substantial relamp savings
- High efficiency for 50% or more in energy savings
- High 85 CRI for excellent color. Choice of warm to cool temperature lamps
- Instant On, Instant Restrike
- Electrode-less lamp for superior vibration resistance
- High efficiency anodized aluminum reflector
- Precision die-cast aluminum housing for durability
- Electrostatically applied polyester powder coat finish for durability, corrosion and weather resistance
- Tempered glass lens with full silicone gasketing
- Tool-less, rapid access to lamp and electrical compartments   with stainless steel front latch and oversize knurled fasteners
- Terminal block and NEMA photocell receptacle
- Fully adjustable bolt mast arm mount for 1.25 in. to 2 in. (1.625 in. to 2.325 in. O.D.) diameter arms
- IP65 Protection Class Rating (dust and low water pressure)
- U.L. Listed

**ORDERING INFORMATION:**

Example: (D8628i-40-50-UNV-SL-DL)



| Series | Wattage/Lumens | Color Temp. | Voltage | Finish | Option |
|---|---|---|---|---|---|
| Anaconda Series Induction Cobrahead | 40 - 40W/2800<br>70 - 70W/6500<br>100 - 100W/8000<br>150 - 150W/12000<br>200 - 200W/16600 | 35 - 3500k<br>41 - 4100k<br>47 - 4700k<br>50 - 5000k | UNV - 120/277V | SL - Silver[1]<br>BZ - Bronze<br>BL - Black<br>WH - White<br>CU - Custom[2] | DL - Drop Lens<br>FL - Flat Lens<br>SC - Shorting Cap<br>HSS - House Side Shield<br>VS - Vandal Shield |

[1] Standard color for this fixture
[2] Contact factory for custom finishes

**Induction** lighting

# D8628i

Anaconda Series - Induction Cobrahead

| Job Information |
|---|
| Type: |
| Catalog #: |
| Project: |
| Comments: |
| Prepared by: |

*Additional Photos*



Lamp Detail



Heavy duty stainless steel front latch opens lens door for maintenance access to reflector and Induction lamp. No tools needed.



Top housing cover opens easily with two knurled oversize stainless steel captive fasteners. No tools needed. Provides convenient access for mast arm mounting and electrical connections.



Rear housing cover opens easily with two knurled oversize stainless steel captive fasteners. No tools needed. Provides convenient access to Induction generator.

Induction Lighting

DECO™ LIGHTING

# Exhibit C















# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV11- 329 JST (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ENERGY TECHNOLOIES, INC. (dba U.S. Lighting Tech.), a California corporation,<br>PLAINTIFF(S)<br>v.<br>DECO LIGHTING, INC., an entity of unknown status, residing in California, and DOES 1 through 9, inclusive,<br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 11-329 - JST (RNBx)<br><br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney _____David B. Sandelands, Esq._____, whose address is:

CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Tel.: (310) 451-0647
Fax: (310) 394-4477

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within __21__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk, U.S. District Court

**TANYA DURANT**

Dated: __3-1-11__           By: _____
                                       Deputy Clerk

*(Seal of the Court)*

1188

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**CONFORM COPY**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
U.S. ENERGY TECHNOLOGIES, INC. (dba U.S. Lighting Tech.), a California corporation

**DEFENDANTS**
DECO LIGHTING INC., an entity of unknown status, residing in California, and DOES 1 through 9 inclusive,

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Orange County

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Los Angeles

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
David B. Sandelands, Esq., No. 198,252; Daniel M. Cislo, Esq., No. 125,378
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA 90401

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No          ☐ MONEY DEMANDED IN COMPLAINT: $ according to proof at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1051 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: SACV 11-329

CV-71 (07/05)                CIVIL COVER SHEET                Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
     Orange County

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
     Los Angeles

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
     Los Angeles, Orange County

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____        Date  2/28/11

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not
filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions
sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |