ORIGINAL

David B. Sandelands, Esq., No. 198,252
Daniel M. Cislo, Esq., No. 125,378
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Facsimile: (310) 394-4477

Attorneys for Plaintiff U.S. Energy Technologies, Inc. (dba U.S. Lighting Tech, Inc.)

FILED
2011 JUL -7 AM 10: 51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. Energy Technologies, Inc., (dba U.S. Lighting Tech.), a California corporation,<br><br>Plaintiff,<br>vs.<br><br>Deco Lighting, Inc., an entity of unknown status, residing in California, and DOES 1 through 9, inclusive<br><br>Defendants. | CASE NO. **SACV 11-329 JST(RNBx)**<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>**1. PATENT INFRINGEMENT**<br>**2. TRADE DRESS INFRINGEMENT**<br>**3. UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |
| Deco Lighting, Inc.,<br><br>Counterclaimant,<br><br>vs.<br><br>U.S. Energy Technologies, Inc.,<br><br>Counter-Defendant. | |

Plaintiff U.S. Energy Technologies, Inc. dba U.S. Lighting Tech ("U.S. Light") hereby alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for patent infringement, trade dress infringement, and unfair competition under federal and state law against Defendant Deco Lighting, Inc. ("Deco").

2. Plaintiff US Light seeks injunctive relief and defendant's profits pursuant to 35 U.S.C. §289, against Defendant Deco for infringement of US Light's United States Design Patent No. D624,685. Plaintiff US Light also seeks enhanced damages and attorneys' fees and costs of suit for Defendant's willful infringement of the aforementioned patent.

3. Plaintiff US Light seeks injunctive relief only against Defendant Deco for infringement of of US Light's trade dress and waives any claims for damages related thereto.

4. Plaintiff US Light seeks injunctive relief against Defendant Deco for unfair competition under California state and common law and waives any claims for damages related thereto.

5. Upon information and belief, Defendant Deco has egregiously manufactured or caused to be manufactured, sold and offered for sale confusingly similar copies (*i.e.*, Defendant's Black Mamba line of products), as well as line-for-line copies or "knockoffs" (*i.e.*, Defendant's Anaconda line of products) of Plaintiff U.S. Light's Jersey Series of streetlights in violation of U.S. Light's aforementioned intellectual

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

property rights.

6. The patent claims arise under the federal patent laws, 35 U.S.C. §1, *et seq*. The trade dress infringement claims arise under the Lanham Act of July 5, 1946, as amended, 15 U.S.C. §§1051 *et seq*. The state law unfair competition claims arise under California Business and Professions Code §17200.

7. This Court has subject matter jurisdiction over the federal claims pursuant to 28 U.S.C. §§1331, 1338(a) and 1338(b) and has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. §1367.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c), as Defendant Deco resides in this district, is subject to personal jurisdiction in this district, and because a substantial portion of the events giving rise to this action occurred in this district.

## THE PARTIES

9. Plaintiff U.S. Light is a California corporation with its principal place of business located at 14370 Myford Road, Suite 100, Irvine, CA 92606.

10. U.S. Light is informed and believes and thereon alleges that Defendant Deco is a corporation maintaining a principal place of business at 2917 South Vail Avenue, Commerce, CA 90040. Defendant Deco's place of incorporation is not presently known to Plaintiff.

11. The defendants named herein as Does 1 through 9, inclusive are unknown to plaintiff U.S. Light, who therefore sues such "Doe" defendants by such fictitious names. U.S. Light is informed, believes and thereon alleges that each fictitiously named "Doe" defendant is in some manner, means or degree responsible for the events and happenings herein alleged. U.S. Light will amend this complaint to assert the true names and capacities of the fictitiously designated "Doe" defendants when the same have been ascertained.

## BACKGROUND FACTS

12. Plaintiff U.S. Light was founded in 2005 with the goal of developing advanced lighting products that generate more light using less energy than those heretofore known. Plaintiff U.S. Light is now one of the country's leading manufacturers of induction lighting products and holds patents directed to its proprietary technologies.

13. In particular, Plaintiff U.S. Light is the owner of U.S. Patent No. D624,685 ("the '685 patent") entitled "STREETLIGHT." Appended to this complaint as Exhibit "A" is a copy of the '685 patent. The patent is valid and enforceable and has been validly assigned to U.S. Light. Plaintiff's Jersey series of streetlights embody in all respects the design of the '685 patent.

14. The market for streetlights in the United States is comprised primarily of city, county and state municipalities which issue requests for quotations, i.e. solicit competitive bids, for streetlights.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

15. Subsequent to the issue date of the '685 patent, Plaintiff U.S. Light learned that Defendant Deco was competing for streetlight bids with an allegedly new product termed by Defendant the "Anaconda" series of lights.

16. Investigation of Defendant Deco's on-line catalog revealed that the accused Anaconda product was, upon information and belief, a line-for-line copy or "knockoff" of U.S. Light's Jersey series of lights which embody in all respects the '685 patent. A copy of the relevant pages of the online catalog of Defendant Deco's accused Anaconda series is appended hereto as Exhibit "B."

17. Subsequent to the filing of the original complaint in this action, US Light learned that Defendant Deco had introduced to the market a product that Defendant terms the "Black Mamba." Plaintiff has obtained marking materials for Defendant's Black Mamba product that show that the Black Mamba is a minor variation of Defendant's Anaconda product and like the Anaconda product, misappropriates the design claimed in the '685 patent. A copy of Defendant's marketing materials for the accused Black Mamba product are appended hereto as Exhibit "D."

18. U.S. Light is informed and believes and thereon alleges that Defendant Deco is importing or manufacturing confusingly similar streetlights and has sold and is selling confusingly similar streetlights in direct competition with U.S. Light's genuine products in violation of U.S. Light's patent rights.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

19. Upon information and belief, in October of 2010, Plaintiff U.S. Light and Defendant Deco submitted bids in direct competition pursuant to a request for quotations issued by VMEU, a New Jersey municipality. Plaintiff U.S. Light is informed and believes that it and Defendant Deco are presently in direct competition on other streetlight contracts will continue to be in direct competition until Defendant Deco is enjoined by this Court from selling the accused products.

20. On or about October 19th, 2010, Plaintiff U.S. Light sent Defendant Deco a cease & desist letter informing Deco of Plaintiff's patent rights and its intent to enforce those rights if Defendant did not withdraw its knockoff lights from the market. Defendant refused to comply. Rather, despite having full knowledge of Plaintiff's patent rights, Defendant has willfully continued to infringe those rights by offering, and upon information and belief, selling its knockoff products to municipalities and other users of streetlights.

21. Plaintiff U.S. Light's Jersey series of induction street lights are of a novel ornamental appearance and color as evidenced by the lack of any similar appearing streetlights in the marketplace (other than the accused products). U.S. Light exclusively paints its Jersey series lights the color green being in keeping with U.S. Light's image as a manufacturer of eco friendly products.

22. Upon information and belief, no other manufacturer of streetlights paints their lights green with the sole exception of Defendant Deco's knockoff lights. The combination of the ornamental features of the Plaintiff's Jersey Series streetlights and their green color constitute

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

Plaintiff's protectable trade dress. Photographs of Plaintiff's Jersey series of lights are appended hereto as Exhibit "C."

23. More specifically, U.S. Light's protectable trade dress includes at least the following: (1) four longitudinal ribs which flow along the top of the housing (2) a hump on the top of the housing that slopes downwardly to meet the longitudinal ribs; (3) four vertical fins along each side of the back of the housing; (4) a sloping depression on the back of each side of the housing which slopes inwardly to meet the four vertical fins on each such side; (5) a series of vertical fins along the back cover of the housing; (6) a rib substantially surrounding the base of the housing; and, (7) all of the foregoing the color green.

24. U.S. Light developed the ornamental features of its trade dress and adopted the color green for its lights for the specific purpose of distinguishing its lights from those of its competitors. Defendant Deco, in producing its knockoff Anaconda lights, has copied each and every of these distinguishing features. In producing its Black Mamba lights, a slight variation of the Anaconda, Defendant has copied US Light's trade dress so closely as to make Defendant's lights confusingly similar to Plaintiff's lights

25. U.S. Light is informed and believes that its trade dress has acquired secondary meaning among consumers of streetlights who now associate U.S. Light as being the sole source of its distinctive Jersey series of green streetlights.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

26. The goodwill acquired by U.S. Light through its innovative design and marketing of its Jersey series of lights is now being threatened by Deco's entry into the market with the accused knockoff Anaconda products which are identical in appearance in all respects to Plaintiff's Jersey series of lights and by Deco's Black Mamba series of lights which are confusingly similar to Plaintiff's Jersey series of lights.

27. Deco's introduction to the market of its green color knockoff and confusingly similar copies of Plaintiff's Jersey series of lights severely harms U.S. Light's business goodwill in its Jersey lights because it confuses purchasers of streetlights with regard to the source of the lights. Upon information and belief, Deco's infringing conduct confuses purchasers of streetlights by causing them to believe that Plaintiff U.S. Light licenses or in some manner sponsors or is affiliated with Defendant Deco's manufacture and sale of Plaintiff's lights.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

## DEFENDANT DECO'S UNLAWFUL CONDUCT

28. Beginning at a time presently unknown to U.S. Light, Defendant Deco began importing and selling (or manufacturing and selling) its Anaconda product. Upon information and belief, Defendant's Anaconda product is a line-for-line copy of U.S. Light's patented Jersey Series streetlight. Defendants unauthorized knockoff Anaconda streetlights incorporate each and every feature of the novel ornamental appearance claimed in the '685 patent and embodied in Plaintiff's Jersey streetlight.

29. Defendant Deco's knockoff Anaconda product includes all of the novel ornamental features of Plaintiff's lights along with their

distinguishing green color which makes Defendant's Anaconda lights confusingly similar to U.S. Light's trade dress comprising the shape and green color of its Jersey series lights.

30. After the filing of the original complaint, Plaintiff learned that Defendant Deco had begun importing and selling (or manufacturing and selling) its Black Mamba product, which misappropriates the novel ornamental appearance of the design claimed in the '685 patent and is confusingly similar to the patented design.

31. Upon information and belief, Defendant's Black Mamba product is merely a slight variation on its Anaconda product and likewise misappropriates the ornamental features of Plaintiff's trade dress and likewise is confusingly similar to Plaintiff's trade dress.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

## INJURY TO PLAINTIFF U.S. LIGHT

32. Defendant Deco is not an authorized distributor of Plaintiff U.S. Light's products and is not in any other way affiliated or associated with U.S. Light. Defendant is not licensed to make, import, use, offer to sell, or sell lights that embody the novel ornamental features of the '685 patent. Nor is Defendant authorized to use U.S. Light's trade dress.

33. Plaintiff U.S. Light has no control over the nature and quality of the knockoff streetlights sold by Defendant that infringe Plaintiff's trade dress. Likewise, U.S. Light has no control over the quality of customer service offered by Defendant, and further has no control over the warranty, if any, offered by Defendant in connection with its knockoff

products. Plaintiff U.S. Light's business goodwill with respect to its Jersey series streetlights, upon information and belief, has suffered and will continue to suffer as a result of Defendant's actions.

34. Defendant Deco's wrongful, unauthorized use of U.S. Light's trade dress, if permitted to continue, will irreparably harm U.S. Light, its reputation, and goodwill. Defendant's wrongful use of U.S. Light's trade dress dilutes the strength of the trade dress and tarnishes the image and reputation of U.S. Light among city, county, and state purchasing managers responsible for purchasing streetlights, as well as among other consumers of streetlights.

35. U.S. Light has developed its goodwill among consumers of streetlights by supplying high quality, innovative products. Defendant Deco is now free riding into the market on the back of U.S. Light's innovative engineering and design by willfully infringing the '685 patent and by copying U.S. Light's trade dress shape and color in the process.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

**FIRST CAUSE OF ACTION**

**(For Patent Infringement of U.S. Patent No. D624,685 as against all defendants)**

36. Plaintiff U.S. Light realleges and incorporates paragraphs 1 through 35 as though fully set forth herein.

37. U.S. Light's '685 patent has at all relevant times subsequent to its lawful issue date been fully enforceable and is now fully enforceable.

38. Beginning at a time presently unknown to U.S. Light, Defendant Deco has infringed the '685 patent by manufacturing or causing to be manufactured or importing, using, selling, and offering to sell products, including Defendant's Anaconda and Black Mamba products, that come within the scope of the claim of the patent. Upon information and belief, Defendant Deco's infringing acts are continuing at the present time.

39. By manufacturing, importing, and selling its infringing streetlights, Deco is contributing to and/or inducing infringement by the city, county and state municipalities that purchase streetlights.

40. The making, selling, offering to sell or importing of infringing products by Defendant, and/or contributing to, and/or inducing the infringing activities of others, have been without authority or license from U.S. Light and in violation of U.S. Light's rights, thereby infringing the '685 Patent.

41. Defendant's infringement of U.S. Light's '685 Patent has been willful and in complete disregard of the exclusive rights of U.S. Light as set forth in its patent.

42. The amount of money damages which U.S. Light has suffered due to Defendants' acts of infringement cannot be determined without an accounting of Defendants' sales, and thus is subject to proof at trial.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

43. Pursuant to 35 U.S.C. §289, U.S. Light is entitled to a complete accounting of all revenue derived by Defendant from the unlawful conduct alleged herein.

44. The harm to U.S. Light arising from Defendant's acts of infringement of U.S. Light's '685 Patent are not fully compensable by money damages. Rather, U.S. Light has suffered and continues to suffer irreparable harm which has no adequate remedy at law and which will continue unless Defendant's conduct is enjoined.

45. U.S. Light is therefore entitled to a preliminary injunction, to be made permanent upon entry of judgment, preventing Defendant from further infringement.

46. Moreover, Defendant's infringement of the '685 patent has been willful, deliberate, and in conscious disregard of U.S. Light's rights thereby rendering this an exceptional case within the meaning of 35 U.S.C. § 285. Therefore, U.S. Light is further entitled to recover its actual attorneys' fees and costs.

**SECOND CAUSE OF ACTION**

**(For Trade Dress Infringement,**

**as against all defendants)**

47. Plaintiff U.S. Light realleges and incorporates paragraphs 1 through 46 as though fully set forth herein.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

48. The housing of U.S. Light's Jersey series streetlight has a distinct shape, appearance and color which in combination constitute U.S. Light's trade dress for the product.

49. More specifically, U.S. Light's protectable trade dress includes at least the following: (1) four longitudinal ribs which flow along the top of housing; (2) a hump on the top of the housing that slopes downwardly to meet the longitudinal ribs; (3) four vertical fins along each side of the back of the housing; (4) a sloping depression on the back of each side of the housing which slopes inwardly to meet the four vertical fins on each such side; (5) a series of vertical fins along the back cover of the housing; (6) a rib substantially surrounding the base of the housing; and, (7) the color green.

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

50. The shape, size, ornamental features, appearance and color of the trade dress for Plaintiff U.S. Light's streetlights is nonfunctional, fanciful, arbitrary and inherently distinctive and has acquired secondary meaning in the eyes of the consuming public.

51. Defendants' knockoff streetlights are so similar in shape, size, appearance and color to plaintiff U.S. Light's streetlights, that the public is likely to be confused as to the source, sponsorship or approval of Defendant's streetlights.

52. U.S. Light is informed and believes and thereon alleges that defendants' have copied U.S. Light's trade dress for the specific purpose of *free riding* on the goodwill associated by the consuming public solely

with U.S. Light's trade dress and/or for deceiving the consuming public with respect to the source of Defendant's goods.

53. By reason of Defendant's acts of trade dress infringement, as alleged above, plaintiff U.S. Light has suffered and will continue to suffer irreparable injury unless and until this Court enters an order enjoining Defendant Deco from any further acts of trade dress infringement.

**THIRD CAUSE OF ACTION**
**(For Unfair Competition Under California's**
**Bus. & Prof. Code §17200)**

54. Plaintiff U.S. Light realleges and incorporates paragraphs 1 through 53 as though fully set forth herein.

55. The above described acts of Defendant Deco misrepresent that Plaintiff U.S. Light is the source or sponsor or licensor of Defendant's knockoff streetlights, and that an affiliation, connection, or association exists between Plaintiff U.S. Light and Defendant Deco, or create the impression that Plaintiff is not the source of its lights, but rather is merely a distributor of a third party's lights, in violation of California Business and Professions Code section 17200.

56. Defendant Deco's willful acts of trade dress infringement are likely to cause, and upon information and belief have caused and are causing great and irreparable injury to plaintiff U.S. Light's trade dress and to the business goodwill represented thereby. Unless Defendant Deco is restrained, Plaintiff U.S. Light will have no adequate remedy at law that

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

will compensate for the continued and irreparable harm it will suffer if Defendant's acts are allowed to continue.

57. Defendant Deco's engagement in the sale of products, confusingly similar or identical to those sold by plaintiff U.S. Light under a confusingly similar trade dress, via the competitive bidding process used by the principle purchasers of streetlights, and otherwise through the same channels of distribution, upon information and belief, has created actual consumer confusion as to the source of Defendant Deco's products, and as to the ownership, affiliation or sponsorship of Defendant by Plaintiff U.S. Light.

CISLO & THOMAS LLP
Attorneys at Law
1333 2ND STREET
SUITE 500
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

A. With regard to all claims, for an order preliminarily and permanently enjoining Defendant Deco and Does 1-9, and each of them, and their officers, directors, agents, servants, attorneys, and employees and all other persons acting in concert with them from committing any further acts of patent and/or trade dress infringement, including but not limited to, manufacturing, importing, advertising and selling the accused products;

B. With regard to the patent infringement claim, only, for an order seizing and impounding all of the accused products;

C. With regard to the patent infringement claim, only, for an order requiring Defendant Deco and Does 1-9, and each of them, pursuant to 35 U.S.C. §289, to account to Plaintiff for all revenue and profits derived by Defendants and each of them from the manufacture, use, importation, offering for sale and sale of the accused products;

D. With regard to the patent infringement claim, only, for an award of Defendants' profits pursuant to 35 U.S.C.§ 289 in an amount to be proven a trial, and for prejudgment and post-judgment interest until the award is fully paid;

E. With regard to the patent infringement claim, only, a judgment that Defendants have willfully and deliberately infringed Plaintiff's rights, and that this is an exceptional case entitling Plaintiff to enhanced damages;

F. With regard to the patent infringement claim, only, for plaintiff U.S. Light's attorneys' fees and costs of suit pursuant to 35 U.S.C. §285; and

///
///
///

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

G. For such other and further relief as this Court may deem just and equitable under the circumstances.

CISLO & THOMAS LLP

Dated: June 5, 2011 By: [signature]

David B. Sandelands
Daniel M. Cislo

Attorneys for Plaintiff U.S. Energy Technologies, Inc. (dba U.S. Lighting Tech, Inc.)

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. Proc. 38(b), Plaintiff demands a jury trial on all claims for relief herein triable by a jury.

CISLO & THOMAS LLP

Dated: June 5, 2011 By: [signature]

David B. Sandelands
Daniel M. Cislo

Attorneys for Plaintiff U.S. Energy Technologies, Inc. (dba U.S. Lighting Tech, Inc.)

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

# Exhibit A

US00D624685S

# (12) United States Design Patent

Ham et al.

(10) Patent No.: **US D624,685 S**

(45) Date of Patent: ** **Sep. 28, 2010**

(54) **STREET LIGHT**

(75) Inventors: **Richard K. Ham**, Irvine, CA (US); **Kyungfan Moon**, Fullerton, CA (US); **Byung Il Ham**, Palos Verdes, CA (US)

(73) Assignee: **U.S. Energy Technologies, Inc.**, Irvine, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/351,987**

(22) Filed: **Dec. 15, 2009**

(51) **LOC (9) Cl.** .................................................. **26-05**

(52) **U.S. Cl.** ........................................ **D26/71**; D26/85

(58) **Field of Classification Search** ............ D26/67–71, D26/85, 92; 362/20, 145, 183, 249.02, 249.03, 362/249.04, 249.06, 249.16, 231, 431

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D348,531 S * 7/1994 Mehaffey et al. ............ D26/71
D391,659 S * 3/1998 Gaskins et al. ............... D26/71
D500,569 S * 1/2005 Butler ......................... D26/71
D556,935 S * 12/2007 Quioque et al. .............. D26/71
D568,524 S * 5/2008 Sandell ........................ D26/85
D570,516 S * 6/2008 Orellana ....................... D26/71
D572,857 S * 7/2008 Kauffman et al. ............ D26/71
D579,141 S * 10/2008 Guercio ....................... D26/92
D587,839 S * 3/2009 Guercio ....................... D26/92
D615,234 S * 5/2010 Oblak ......................... D26/71
2009/0244895 A1* 10/2009 Chen ..................... 362/249.02
2009/0251898 A1* 10/2009 Kinnune et al. ........ 362/249.02

OTHER PUBLICATIONS

Building Mounted Light in center of p. 469; and Pole Mounted Light in top left of p. 469 of the Lithonia Lighting Catalog © 2006. (2 pages).*
Fujian Juan Kuang Yaming Electric Limited (JK), Induction Lamp, catalog, 2006.
American Induction Technologies, Inc., Roadway Lighting, 2007.
US Lighting Tech, Induction Lighting, catalog, 2008.

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Sheppard, Mullin, Richter & Hampton LLP

(57) **CLAIM**

The ornamental design for a street light, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevation view of the street light.

FIG. **2** is a rear elevation view of the street light.

FIG. **3** is a right side elevation view of the street light.

FIG. **4** is a left side elevation view of the street light.

FIG. **5**. is a top plan view of the street light; and,

FIG. **6** is a bottom plan view of the street light.

**1 Claim, 5 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

# Exhibit B

# Induction lighting

# D8628i

## Anaconda Series - Induction Cobrahead

| Job Information |
| --- |
| Type: |
| Catalog #: |
| Project: |
| Comments: |
| Prepared by: |




Dimensions




SYLVANIA

DECO energy

## Description

The Anaconda Induction cobrahead luminaire provides the latest green technology, energy saving solution for streetlighting, highways,and general area illumination. Proprietary, high quality Sylvania Induction lamp & generator deliver 100,000 hour life, superior efficiency, excellent 85 CRI color, instant-on, no restrike, and cold temperature starting to minus -40 C/F degrees. Anaconda is the ideal luminaire to replace inefficient HID cobraheads, providing energy cost savings of 50% and long term savings of 3 to 10 cycles of relamping maintenance costs. The Anaconda features a compact, streamlined die-cast aluminum housing and polyester powder coat finish for durability and weather resistance. Stainless steel front latch and oversize knurled fasteners provide tool-less, rapid access to lamp and electrical compartments.

## Features

- 100,000 hour lamp life for substantial relamp savings
- High efficiency for 50% or more in energy savings
- High 85 CRI for excellent color. Choice of warm to cool temperature lamps
- Instant On, Instant Restrike
- Electrode-less lamp for superior vibration resistance
- High efficiency anodized aluminum reflector
- Precision die-cast aluminum housing for durability
- Electrostatically applied polyester powder coat finish for durability, corrosion and weather resistance
- Tempered glass lens with full silicone gasketing
- Tool-less, rapid access to lamp and electrical compartments with stainless steel front latch and oversize knurled fasteners
- Terminal block and NEMA photocell receptacle
- Fully adjustable bolt mast arm mount for 1.25 in. to 2 in. (1.625 in. to 2.325 in. O.D.) diameter arms
- IP65 Protection Class Rating (dust and low water pressure)
- U.L. Listed

## ORDERING INFORMATION:

Example: (D8628i-40-50-UNV-SL-DL)

D8628i – [ ] – [ ] – [ ] – [ ] – [ ]

**Series**
Anaconda Series Induction Cobrahead

**Wattage/Lumens**
40 - 40W/2800
70 - 70W/6500
100 - 100W/8000
150 - 150W12000
200 - 200W/16800

**Color Temp.**
35 - 3500k
41 - 4100k
47 - 4700k
50 - 5000k

**Voltage**
UNV - 120/277V

**Finish**
SL - Silver[1]
BZ - Bronze
BL - Black
WH - White
CU - Custom[2]

**Option**
DL - Drop Lens
FL - Flat Lens
SC - Shorting Cap
HSS - House Side Shield
VS - Vandal Shield

[1] Standard color for this fixture
[2] Contact factory for custom finishes

Induction Lighting

DECO™ | LIGHTING

**Induction** lighting

# D8628i

## Anaconda Series - Induction Cobrahead

| Job Information |
|---|
| Type: |
| Catalog #: |
| Project: |
| Comments: |
| Prepared by: |

*Additional Photos*



Lamp Detail



Heavy duty stainless steel front latch opens lens door for maintenance access to reflector and Induction lamp. No tools needed.



Top housing cover opens easily with two knurled oversize stainless steel captive fasteners. No tools needed. Provides convenient access for mast arm mounting and electrical connections.



Rear housing cover opens easily with two knurled oversize stainless steel captive fasteners. No tools needed. Provides convenient access to Induction generator.

Induction Lighting

DECO™ LIGHTING

# Exhibit C










151













# Exhibit D

DECO energy

black mamba

New elongated top compartment houses additional integral components. Integral hydraulic lift safely holds top cover open for hands-free pole arm mounting, electrical connections and service of components.



Top housing cover opens easily with two knurled oversize stainless steel captive fasteners to fit any size arm. No tools needed. Provides convenient access for mast arm mounting and electrical connections.

DECO energy


DECO energy
black mamba
Integral twin captive safety cables for Induction generator access cover.
Provides convenient hands-free access to generator and security of access cover.
DECO energy


DECO energy
black mamba
Photocell
Integral hydraulic lift securely holds top compartment cover open for safe, hands-free pole arm mounting, electrical connections, installation and service of photocell and other components.


DECO energy
black mamba
Integral hydraulic lift securely holds top compartment cover open for safe, hands-free pole arm mounting, electrical connections, installation and service of photocell and other components.

**PROOF OF SERVICE**

I am over the age of eighteen (18) years, employed in the State of California, and not a party to the above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

On Thursday, July 7, 2011, I served:

**FIRST AMENDED COMPLAINT FOR: (1) PATENT INFRINGEMENT; (2) TRADE DRESS INFRINGEMENT; (3) UNFAIR COMPETITION**

addressed as follows to:

Nathaniel L. Dilger, Esq.
Marc S. Williams, Esq.
John Tehranian, Esq.
ONE LLP
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, California 92660
Email: ndilger@onellp.com
mwilliams@onellp.com
jtehranian@onellp.com

Omid E. Khalifeh, Esq.
OMNI LEGAL GROUP
640 South San Vicente Blvd., Suite 215
Los Angeles, California 90048
Email: omid@omnilegalgroup.com

☒ **BY MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY ELECTRONIC PROCESS**: An electronic copy of this document was sent to the above email address(es) via the Electronic Court Filing (ECF) procedure provided by this Court.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Thursday, July 7, 2011, at Santa Monica, California.

Christopher Eckart