JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ENERGY TECHNOLOGIES, INC. (DBA U.S. LIGHTING TECH.),<br><br>    Plaintiff,<br><br>v.<br><br>DECO LIGHTING, INC., et al.,<br><br>    Defendants.<br>AND RELATED COUNTERCLAIMS | Case No.  SACV 11-329 JST (RNBx)<br><br>**ORDER OF DISMISSAL** |

19691.1

**[PROPOSED] ORDER OF DISMISSAL**

1  Based on the Stipulation of Dismissal filed by and between Plaintiff U.S. Energy
2 Technologies, Inc. (d/b/a U.S. Lighting Tech.) ("US Light") and Defendant Deco Lighting,
3 Inc. ("Deco") (collectively the "Settling Parties"), which Stipulation of Dismissal was
4 entered into pursuant to a confidential settlement agreement, it is hereby ordered that:

5  1.  US Light's claims asserted against Deco in the above-referenced action are
6 dismissed with prejudice.

7  2.  Deco's counterclaims asserted against US Light in the above-referenced action
8 are dismissed with prejudice. Deco may reassert its patent invalidity, noninfringement and
9 unenforceability counterclaims in the event US Light were to initiate future patent litigation
10 against Deco.

11  3.  There shall be no award to any of the Settling Parties of costs, attorneys' fees
12 and/or other expenses of litigation.

Dated:  September 26, 2011


By:  **JOSEPHINE STATON TUCKER**
     Hon. Josephine Staton Tucker
     United States District Court Judge